UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HENRY,

    Plaintiff,

  v.

HOME DEPOT U.S.A., INC,

    Defendant.

Case No. 14-cv-04858-JST

**ORDER TERMINATING REQUEST FOR REFERRAL**

Re: ECF No. 27

Plaintiff Michael Henry filed a request with the Court asking that the Court refer a discovery dispute to a magistrate judge for resolution. ECF No. 27. Plaintiff states that the parties have met and conferred several times but have been unable to resolve the dispute regarding Defendant Home Depot U.S.A.'s responses to Plaintiff's special interrogatories and requests for production of documents. Id. at 2.

Plaintiff's filing, however, does not conform to this Court's General Standing Order. See Standing Order for All Civil Cases Before District Judge Jon S. Tigar, available at http://cand.uscourts.gov/jstorders. The Court directs the parties to comply with the procedures for addressing discovery disputes set forth in the Standing Order. Those procedures require, among other things, that if a meet-and-confer does not resolve the parties' dispute, the parties file a joint discovery letter. Accordingly, Plaintiff's request is TERMINATED.

**IT IS SO ORDERED.**

Dated: July 22, 2015

_____
JON S. TIGAR
United States District Judge