DONNA M. MEZIAS (SBN 111902)
LIZ K. BERTKO (SBN 268128)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:   415-765-9500
Facsimile:   415-765-9501
dmezias@akingump.com
lbertko@akingump.com

Attorneys for Defendant

SHAUN SETAREH (SBN 205514)
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, CA 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109
shaun@setarehlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HENRY, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C 14-04858 JST<br><br>[Assigned to the Honorable Jon S. Tigar for All Purposes]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE TO LODGE PROPOSED CLASS NOTICE** |

# STIPULATION

Plaintiff Michael Henry ("plaintiff") and defendant Home Depot U.S.A., Inc. ("defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, stipulate and represent as follows:

1. In the Joint Case Management Statement filed May 26, 2016, the parties proposed a deadline of June 15, 2016 to lodge a proposed class notice with the Court.

2. The parties have been conferring regarding the content of the notice in an attempt to submit a jointly proposed notice.

3. The parties desire additional time to meet and confer to determine if they can agree on the proposed class notice.

NOW, THEREFORE, plaintiff and defendant hereby stipulate and agree as follows:

1. That the deadline to lodge the class notice with the Court should be extended to June 22, 2016.

2. If the parties are unable to agree on the content of the class notice, each party shall submit its proposed version of the class notice by June 24, 2016, with a supporting brief not exceeding three pages.

Dated: June 15, 2016        AKIN GUMP STRAUSS HAUER & FELD, LLP


By */S/ Donna M. Mezias*
Donna M. Mezias
Attorneys for defendant Home Depot U.S.A., Inc.

Dated: June 15, 2016


By */S/ Shaun Setareh*
Shaun Setareh
Attorneys for plaintiff Michael Henry

-1-
STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO SUBMIT CLASS NOTICE
CASE NO. C 14-04858 JST

# [PROPOSED] ORDER

**IT IS HEREBY ORDERED:**

1.  That the deadline to lodge the class notice with the Court shall be June 22, 2016.

2.  If the parties are unable to agree on the content of the class notice, each party shall submit its proposed version of the class notice by June 24, 2016, with a supporting brief not exceeding three pages.

Dated: June 16, 2016



_____
HON. J
United S
Judge Jon S. Tigar

-2-

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, California 94104. On June 15, 2016, I served the foregoing document(s) described as:

1. **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE TO LODGE PROPOSED CLASS NOTICE**

on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 15, 2016, at San Francisco, California.

Myume Swinford
[Print Name of Person Executing Proof]

_____
[Signature]

CERTIFICATE OF SERVICE
110329248 v2