UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HENRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT U.S.A., INC,<br><br>　　　　Defendant. | Case No. 14-cv-04858-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 76 |

Before the Court is Defendant Home Depot U.S.A's Motion for Transfer of Venue. ECF No. 76. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for August 4, 2016, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: July 25, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge